# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2006

130657

LARRY LONG,
        Plaintiff-Appellee,

v

BRIDGEWOOD APARTMENTS, L.L.C.,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130657
COA: 256593
Wayne CC: 03-303990-NI

_____/

       On order of the Court, the application for leave to appeal the January 24, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we MODIFY the judgment of the Court of Appeals to remove the reference to MCL 554.139(1), which plaintiff did not raise, and to clarify that the trial court must determine whether plaintiff was an invitee, a licensee, or a trespasser. In all other respects, the application is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2006

_____
Clerk

t0531